IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL ROWDEN,** | * |
| **Plaintiff,** | * |
| vs. | *   CIVIL ACTION NO. 22-00166-B |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | * |
| **Defendant.** | * |

**JUDGMENT**

In accordance with the Order entered on November 17, 2022 (Doc. 22), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Commissioner's unopposed motion for remand (Doc. 21) is **GRANTED,** and that the decision of the Commissioner of Social Security denying Plaintiff benefits is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The remand pursuant to sentence four of § 405(g) makes Plaintiff the prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, and terminates this Court's jurisdiction over this matter.  See Shalala v. Schaefer, 509 U.S. 292 (1993).

**DONE** this **9th** day of **January, 2023.**

／s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**