```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

| | |
|---|---|
| **MICHAEL ROWDEN,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 22-00166-B |
| | * |
| **KILOLO KIJAKAZI,** | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order (Doc. 36) entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner David B. Goetz receive as an attorney's fee for services rendered in this Court the sum of **$16,043.56,** pursuant to 42 U.S.C. § 406(b).

**DONE** and **ORDERED** this **6th** day of **October, 2023.**

                              /s/ SONJA F. BIVINS
                          **UNITED STATES MAGISTRATE JUDGE**